Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:20-cr-00197-RAJ-5

Case title: USA v. Ibarra-Valle et al                                  Date Filed: 11/18/2020

Assigned to: Judge Richard A. Jones

**Defendant (5)**

**Santos Caro**

| **Pending Counts** | **Disposition** |
|---|---|
| Conspiracy to Distribute Controlled Substances - 21:841(a)(1) and 846 (1) | |
| Possession of Methamphetamine and Heroin with Intent to Distribute - 21:841(a)(1) and 841(b)(1)(A) and (B), and 18:2 (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                              represented by   **Benjamin T. Diggs**
                                                      US ATTORNEY'S OFFICE (SEA)
                                                      700 STEWART ST
                                                      STE 5220

SEATTLE, WA 98101-1271
206-553-2275
Email: benjamin.diggs@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Nicholas Arnold Manheim**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-4399
Email: nicholas.manheim@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2020 | 1 | INDICTMENT as to Jose Luis Ibarra-Valle (1) count(s) 1, 2, 3, 6, 7, Jesus Gutierrez-Garcia (2) count(s) 1, 6, Jesus Garnica-Melgoza (3) count(s) 1, 4, 5, Humberto Garcia (4) count(s) 1, Santos Caro (5) count(s) 1, 3, Charles Hoffman (6) count(s) 1, Lee Wallette (7) count(s) 1, 6, Tisha Girtz (8) count(s) 1, 6, 8. (Attachments: # 1 Status Sheets) (AQ) (Entered: 11/19/2020) |
| 11/18/2020 | 2 | **SEALED Signature Page** to 1 Indictment, as to Jose Luis Ibarra-Valle, Jesus Gutierrez-Garcia, Jesus Garnica-Melgoza, Humberto Garcia, Santos Caro, Charles Hoffman, Lee Wallette, Tisha Girtz. (AQ) (Entered: 11/19/2020) |
| 11/18/2020 | 7 | ORDER ISSUING BENCH WARRANT as to Santos Caro by Hon. Mary Alice Theiler. cc: USMO; (AQ) (Entered: 11/19/2020) |
| 12/02/2020 |  | Case unsealed as to Jose Luis Ibarra-Valle, Jesus Gutierrez-Garcia, Jesus Garnica-Melgoza, Humberto Garcia, Santos Caro, Charles Hoffman, Lee Wallette, Tisha Girtz. (SNP) (Entered: 12/02/2020) |
| 12/03/2020 | 49 | NOTICE OF ATTORNEY APPEARANCE Nicholas Arnold Manheim appearing for USA. (Manheim, Nicholas) (Entered: 12/03/2020) |
| 01/05/2021 | 74 | NOTICE OF JOINDER as to ~~Jose Luis Ibarra-Valle, Jesus Gutierrez-Garcia, Jesus Garnica-Melgoza, Humberto Garcia, Santos Caro, Charles Hoffman,~~ Lee Wallette, ~~Tisha Girtz Jose Luis Ibarra-Valle~~ JOINING 68 Stipulated MOTION to Continue Trial filed by USA (Scanlan, Emma) Modified on 1/5/2021 to indicate the Notice of Joinder is as to Defendant Lee Wallette only. (VE) Modified on 1/5/2021 (VE). (Entered: 01/05/2021) |
| 01/05/2021 |  | NOTICE of Docket Text Modification re: 74 NOTICE of Joinder. Joinder is as to Defendant Lee Wallette only. (VE) (Entered: 01/05/2021) |